# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA vs.  
Defendant's Name   Robert Sinn  
Residence 24647 Stonegate Drive  
Address   West Hills, Ca 91304  

CR 01-1058-NM  
Social Security No. 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  
Mailing Address MDC 535 N. Alameda St.  
Los Angeles, Ca 90012  

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on:   2   25   2002  
                                                                                           Month/ Day/ Year

COUNSEL:___ WITHOUT COUNSEL However, the Court advised defendant of right to counsel and asked whether defendant

desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

_x_ WITH COUNSEL   Craig T. Wormley, Ret  
(Name of Counsel)

PLEA:   _x_ GUILTY, and the Court being satisfied that there is a factual basis for the plea.  
   ___ NOLO CONTENDERE        ___ NOT GUILTY

FINDING:   There being a finding of _x_ GUILTY, defendant has been convicted as charged of the offense(s) of:
Conspiracy to distribute Methylenedioxymethamphetamine(MDMA) in violation of 21 USC 846, 841(a)(1), as alleged in count 1; Possession with intent to distribute & distribution of MDMA, Aiding & abetting, in violation of 21 USC 841(a)(1), 2(a), as alleged in counts 2-5 of the Indictment. Pursuant to Section 5E1.2(e) of the Guidelines all fines are waived as it is found that defendant does not have the ability to pay a fine. It is ordered that defendant shall pay to the United States a special assessment of $500.00, which is due immediately. The Court finds the offense level is 27, criminal history I for a range of 70-87 months.

ORDER:   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 70 months, as to each of counts 1-5, said terms to be served concurrently with each other. If & when eligible, it is recommended that the Bureau of Prisons designate defendant to an Intensive Confinement Center (ICC). Upon release from imprisonment defendant shall be placed on supervised release for a term of 3 years as to each of counts 1-5, said terms to be served concurrently with each other under the following terms & conditions: 1. Comply with the rules & regulations of the U.S. Probation Office & General Order 318; 2. Defendant shall participate in outpatient substance abuse treatment & submit to drug & alcohol testing, as instructed by the Probation Officer. Defendant shall abstain from using illicit drugs, using alcohol & abusing prescription medications during the period of supervision; 3. If deemed necessary by the Probation Officer, defendant shall reside at & participate in a residential drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling & testing to determine if the defendant has reverted to the use of drugs, until discharged by the Program Director & Probation Officer; 4. As directed by the Probation Officer, defendant shall pay all or part of the costs of treating defendant's drug dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. Defendant shall provide payment & proof of payment as directed by the Probation Officer;  
(See page 2)

Page 1

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____  BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____  BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

CR 01-1058-NM

Robert Sinn

Date 2/25/02

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1
5. During the period of community supervision defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

      Defendant is given his rights on appeal.
      Court recommends BOP designate defendant to a facility in southern California, to facilitate visitation by family, if possible.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period of within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

___ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by:  x   U.S. District Judge

NORA M. MANELLA

It is ordered that the Clerk deliver a certified copy
of this Judgment and Probation/Commitment Order
to the U.S. Marshal or other qualified officer.
AO-245-B(01/90)

Dated/Filed 2/26/02

SHERRI R. CARTER, CLERK
By _____
Deputy Clerk

Page 2

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____